```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF GEORGIA
         COLUMBUS DIVISION
```

| | |
|---|---|
| MICKEY CARL STINSON | * |
| Plaintiff, | * |
| vs. | *  CASE NO. 4:10-CV-17 (CDL) |
| STATE OF GEORGIA and MUSCOGEE COUNTY, | * |
| | * |
| Defendants. | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 11, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 30th day of June, 2010.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE